IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:99-CR-3-6H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| | ) |
| RICHARDO MELVIN | ) |

This matter is before the court on defendant's motion for correction of sentence. The motion is, in reality, a motion to reconsider the supervised release revocation judgment in this matter. Finding no basis to alter or amend said judgment, the motion [DE #149] is DENIED.

This 17th day of October 2013.

                             _____
                             Malcolm J. Howard
                             Senior United States District Judge

At Greenville, NC
#26